UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60244-CIV-COHN/Snow

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

ANN M. BACAL, et al.,

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Julie Lonstein's Motion to Appear *Pro Hac Vice* (DE 4) and counsel Brett Feinstein's Supplement to Motion to Appear *Pro Hac Vice* (DE 6). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Julie Lonstein, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Joe Hand Promotions, Inc**. in this cause; Brett Feinstein, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of March, 2007.

*/s/ Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Brett Feinstein, Esq. (P and Local Counsel for Lonstein)
Julie Lonstein, Esq. (P)

Ms. Catherine Wade (MIA)
   Executive Service Administrator